No. 85–5512.   GRAVES v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 85–5520.   TREADWELL, AKA BARRY v. UNITED STATES. C. A. D. C. Cir.   Certiorari denied.

No. 85–5522.   REEVES v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 5th Cir.   Certiorari denied.

No. 85–5532.   CAMPMAN v. UNITED STATES; and
No. 85–5543.   STREETER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Reported below: 770 F. 2d 171.

No. 85–5546.   MCKNIGHT v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir. Certiorari denied.

No. 85–5565.   LUNDIEN v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 85–5572.   ROYSTER v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–5594.   PETTY v. NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 85–5615.   BROWN v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 85–5617.   AMADI v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–5653.   OWENS v. RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS.   C. A. 3d Cir.   Certiorari denied.

No. 85–5656.   MCQUEEN v. U. S. DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION.   C. A. 11th Cir.   Certiorari denied.

No. 85–5679.   PASKULY v. MARSHALL FIELD & CO.   C. A. 7th Cir.   Certiorari denied.